**241**

CLARENCE THOMAS

RESPONSE TO SENATE JUDICIARY COMMITTEE'S
QUESTIONNAIRE FOR JUDICIAL NOMINEES


II. FINANCIAL DATA AND CONFLICT OF INTEREST (PUBLIC)


1.   List sources, amounts and dates of all anticipated receipts
     from deferred income arrangements, stock, options,
     uncompleted contracts and other future benefits which you
     expect to derive from previous business relationships,
     professional services, firm memberships, former employers,
     clients, or customers. Please describe the arrangements you
     have made to be compensated in the future for any financial
     or business interest.

     None.

2.   Explain how you will resolve any potential conflict of
     interest, including the procedure you will follow in
     determining these areas of concern. Identify the categories
     of litigation and financial arrangements that are likely to
     present potential conflicts-of-interest during your initial
     service in the position to which you have been nominated.

     Although I don't anticipate any conflicts, I will follow the
     guidelines created under the Code of Judicial Conduct should
     matter in which I was involved at EEOC come before the
     court.  In case of conflicts of interest, I will seek
     appropriate guidance and either recuse or divest, as needed.

3.   Do you have any plans, commitments, or agreements to pursue
     outside employment, with or without compensation, during
     your service with the court?  If so, explain.

     Board of Trustees, College of the Holy Cross
     Worcester, MA     06101

     Board of Advisors, Gordon Public Policy Center
     Brandeis University, Waltham, MA  02254

4.   List sources and amounts of all income received during the
     calendar year preceding your nomination and for the current
     calendar year, including all salaries, fees, dividends,
     interest, gifts, rents, royalties, patents, honoraria, and
     other items exceeding $500 or more (if you prefer to do so,
     copies of the financial disclosure report, required by the
     Ethics in Government Act of 1978, may be substituted here).

Digitized by Google

Clarence Thomas
Part II - Page 2

Calendar Year 1988:

Salary: $82,500.00 (gross pay)
Rental properties (Savannah, GA): approximately $600.00

Calendar Year 1989 (to date):

Salary: $74,690.00 (gross pay)

5. Please complete the attached net worth statement in detail (add schedules as called for).

See Attachment II.

6. Have you ever held a position or played a role in a political campaign? If so, please identify the particulars of the campaign, including the candidate, dates of campaign, your title and responsibilities.

August, 1988 - Member of Caucus Team at Republican National Convention - Bush for President Campaign.

October 22, 1988 - Black Press Hall of Fame, Baltimore, Maryland - Bush/Quayle Campaign - Dinner speech re: Bush/Quayle ticket (relevance to Blacks).

October 29, 1988 - People of Color Rally - Cincinnati, Ohio Bush/Quayle Campaign - Speaker

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

—

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 1,500 | 00 | | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | 4,000 | 00 | |
| Listed securities—add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | 160,000 | 00 | |
| Real estate owned—add schedule | 230,000 | 00 | | Chattel mortgages and other liens payable | 15,000 | 00 | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 20,000 | 00 | | Student loans | 10,000 | 00 | |
| Cash value—life insurance | | | | | | | |
| Other assets—itemize: IRAs | 7,478 | 16 | | .. | | | |
| 401(k) | 7,000 | 00 | | | | | |
| Ginger, LTD, Partnership (Wife) | | | | Total liabilities | 189,000 | 00 | |
| | 15,000 | 00 | | Net worth | 91,978 | 16 | |
| Total assets | 280,978 | 16 | | Total liabilities and net worth | 280,978 | 16 | |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | None | | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | None | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | None | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | None | | | | | | |
| Other special debt | None | | | | | | |

Digitized by Google